**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 96-60707

Summary Calendar

MARATHON MANUFACTURING COMPANY;
and NATIONAL UNION FIRE INS. CO. OF PITTSBURGH,

Petitioners,

VERSUS

THOMAS M. McCOY;
DIRECTOR, O.W.C.P., U.S. DEPARTMENT OF LABOR,

Respondents.

Petition for Review of an Order
Of the Benefits Review Board

(  BRB No. 94-2610  )

May 29, 1997

Before KING, JOLLY, and DENNIS, Circuit Judges:

PER CURIUM:*

Marathon Manufacturing Company and National Union Fire Insurance Company of Pittsburgh ("Petitioners") appeal an Administrative Law Judge's ("ALJ") grant of attorney's fees to Thomas M. McCoy ("Respondent") pursuant to the Longshore and Harbor Workers' Compensation Act, 33 U.S.C. §901 *et seq.*

*  Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Petitioners argue that the ALJ abused his discretion by awarding duplicative fees for two attorneys and by awarding attorney's fees at an excessive hourly rate.  We have reviewed the record and the briefs of the parties and conclude that the ALJ did not abuse his discretion in this matter.

AFFIRMED.